**Order entered October 31, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00717-CR**

**PABLO HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F21-76438**

**ORDER**

The clerk's record in this case contains certain documents subject to a sealing order. Accordingly, we **STRIKE** the clerk's record filed on September 12, 2022. We **ORDER** the Dallas County District Clerk to file a *sealed* clerk's record containing:

(1) State's Motion to Require Disclosure of Defense Experts;
(2) State's Notice of Experts Who May be Called to Testify Under Rules 702, 703, and 705;
(3) State Preliminary Witness List;
(4) State's Notice of Extraneous Offenses;

(5) State's Motion in Limine Concerning Evidence of Complainant's Sexual Conduct and/or Opinion;

(6) State's Motion in Limine Concerning Wrongful Convictions; and

(7) the March 30, 2022 Order Sealing Notices and Motions.

All other documents contained in the September 12, 2022 clerk's record should be refiled in a clerk's record that is not sealed. The two-volume clerk's record shall be filed on or before **November 16, 2022**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Dallas County District Clerk Felicia Pitre and to all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE
